Application GRANTED. The initial pretrial conference
is adjourned until Monday, June 1, 2026 at 11:30 a.m.
SO ORDERED.
Dated: April 27, 2026



William E. Vita

1 Rockefeller Plaza
Suite 2801
New York, NY 10020
t 212-989-8844
d 212.779.6103
f 929-501-5455
wvita@shb.com

April 27, 2026

**BY ECF**
Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   Vesa Piltonen, *et al.*, v. Benjamin Capital Partners, Inc. *et ano*.
      Civil Case No. 1:26-cv-02754-VSB-SDA

Dear Magistrate Judge Aaron:

Our firm is counsel to Plaintiffs in the above-mentioned matter.  We write pursuant to Your Honor's Individual Practice Rule § I (D), to respectfully request an adjournment of the Initial Pretrial Conference, which is currently scheduled by phone, for May 19, 2026, at 11 a.m.

I will be traveling out of the country that week and the following week.  There have been no previous requests for adjournment of this Conference.  Defendants' counsel consents to the adjournment.  Counsel for both sides are available, at the Court's convenience, on June 1, 2, 5, 8, 9 and 10.

Thank you for your time and attention to this matter.

Respectfully submitted,

William E. Vita

WEV:sb
cc:   Alvin Lee, Esq.
          **BY ECF**