# KING & SPALDING

King & Spalding LLP
1290 Avenue of the Americas
14th Floor
New York, NY 10104

Alvin Lee
Partner
Telephone: +1 212 790 5345
Direct Dial: +1 646 588 8140
alvin.lee@kslaw.com

May 22, 2026

**VIA ECF**

Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse 500 Pearl Street
New York, New York 10007

Re:    ***Piltonen v. Benjamin Capital Partners, Inc.*, Case No. 1:26-cv-02754-VSB-SDA**

Dear Magistrate Judge Aaron:

Pursuant to Your Honor's Individual Practice Rule § I(C), we write jointly on behalf of all parties in the above-captioned matter to respectfully request an adjournment of the Initial Pretrial Conference that is currently scheduled by phone for June 1, 2026 at 11:30 a.m.

One prior adjournment request for the Initial Pretrial Conference was granted by the Court on April 27, 2026. *See* ECF No. 18.

It is our understanding that Plaintiff Piltonen recently passed away. In light of this development and its anticipated impact on this case, the parties propose to provide a status update to the Court once they have had an opportunity to confer further.

Respectfully submitted,

*/s/ Alvin Lee*

Alvin Lee

cc:   William E. Vita, Esq. (by ECF)

Application GRANTED. The conference previously scheduled for June 1, 2026 is adjourned *sine die*. The parties shall file a joint status letter to the ECF docket on Monday, June 22, 2026. Pursuant to Fed. R. Civ P. Rule 25(a)(1), any motion for substitution shall be made no later than Thursday, August 20, 2026 (90 days from today). SO ORDERED.
Dated: May 22, 2026