**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Vesa Piltonen, et al.,** | |
| **Plaintiffs,** | **1:26-cv-02754 (VSB) (SDA)** |
| **-against-** | **ORDER** |
| **Benjamin Capital Partners, Inc.,** | |
| **Defendant.** | |

**STEWART D. AARON, United States Magistrate Judge:**

The Court has reviewed the parties' joint status letter (ECF No. 26) regarding substitution of deceased Plaintiff Vesa Piltonen. If a motion for substitution has not been filed by the August 20, 2026 deadline, Plaintiffs shall file a letter on that day indicating the status of substitution so that the Court may consider whether to extend the deadline, pursuant to Fed. R. Civ. P. Rule 6(b)(1). *See Unicorn Tales, Inc. v. Banerjee*, 138 F.3d 467, 470 (2d Cir. 1998) (holding, with regard to a substitution made under Fed. R. Civ. P. Rule 25(a)(1), that "the court for cause shown may at any time in its discretion with or without motion or notice order the period enlarged") (quoting Fed R. Civ. P. Rule 6(b)(1)); *see also Wang v. Shun Lee Palace Rest.*, No. 17-CV-00840 (VSB) (VF), 2025 WL 33482, at *2 (S.D.N.Y. Jan. 3, 2025) ("a court has discretion to extend the deadline by which a party can file a timely motion for substitution after the filing of a suggestion of death, including when a request is made, before the original time or its extension expires") (internal quotations omitted).

**SO ORDERED.**

Dated:      New York, New York
            June 24, 2026

_____
STEWART D. AARON
United States Magistrate Judge

2